United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE BRIER,

    Plaintiff,

    v.

GAMESTOP CORP.,

    Defendant.

Case No. 17-cv-01856-RS

**ORDER DENYING APPROVAL OF PAGA SETTLEMENT**

At oral argument, the Court inquired whether the parties purported to bind other aggrieved employees through the proposed PAGA settlement. Both parties represented it was not their intention to settle anything other than Plaintiff George Brier's individual claims. Upon further inquiry, the Court determined there is no such thing as an individual PAGA claim. *See Davidson v. O'Reilly Enterprises, LCC*, No. 17-CV-00603, 2018 WL 3359681, at *3 (C.D. Cal. June 5, 2018). Accordingly, it would be inappropriate for the Court to approve a PAGA settlement that purports to bind only the individual bringing the claim. Approval of the PAGA settlement is therefore denied. The parties will inform the Court how they wish to proceed no later than October 29, 2018.

**IT IS SO ORDERED**.

Dated: 09/27/18

_____
RICHARD SEEBORG
United States District Judge