**ILG Legal Office, P.C.**
Stephen Noel Ilg (SBN 275599)
1001 Bayhill Dr., 2nd Floor
San Bruno, California 94066
Tel:  (415) 580-2574
Fax:  (415) 735-3454
Email: silg@ilglegal.com

Attorneys for Plaintiff GEORGE BRIER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE BRIER, on behalf of himself, all others similarly situated, and the general public,<br><br>Plaintiffs,<br>vs.<br><br>GAMESTOP CORP., a Delaware corporation, and DOES 1 through 100, inclusive,<br><br>Defendants.<br>Defendants. | Case No. 17-cv-01856-RS<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL ~~WITH PREJUDICE~~**<br><br>**FRCP 41(a)(1)(A)(ii)** |

## **STIPULATION**

WHEREAS, on October 25, 2017, the Court granted GameStop's motion to compel arbitration as to Brier's first eight claims, dismissing Brier's class claims and staying his representative PAGA claim pending arbitration of Brier's individual claims. Plaintiff GEORGE BRIER and Defendant GAMESTOP CORPORATION ("Defendant") (collectively, the "Parties"), acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate, in consideration of a negotiated settlement executed by them, to the dismissal of this action with prejudice, including all claims and counterclaims stated

-1-

*Brier v. GameStop Corp.*
Stipulation and [Proposed] Order for Dismissal with Prejudice

herein against all Parties, with the exception of the representative action claims which are dismissed without prejudice as to all individuals except Plaintiff, with each party to bear its own attorney's fees and costs.

It is so stipulated.

Dated: January 04, 2019            ILG Legal Office, PC

/s/ Stephen Noel Ilg

_____
Stephen Noel Ilg
Attorneys for Plaintiff GEORGE BRIER

Dated: January 04, 2019            Morgan, Lewis & Bockius LLP

/s/ Carrie A. Gonell

_____
Carrie Gonell
Attorneys for Defendant GAMESTOP CORP.

**[~~PROPOSED~~] ORDER**

The stipulation of the Parties is approved. The entire action is hereby dismissed ~~with prejudice~~, with all parties to bear their own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: __1/4/19__

_[signature]_

HONORABLE Judge Richard Seeborg

United States District Judge

ILG Legal Office, P.C.
555 California Street, Suite 4925, San Francisco, CA 94104
1001 Bayhill Drive, Second Floor, San Bruno, CA 94066
505 14th Street, Ninth Floor, Oakland, CA 94612
Tel: (415) 580-2574   Fax: (415) 735-3454